UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 05-22504 |
| | | CHAPTER 13 |
| PETER N. SCHAFER | | |
| | : | JUDGE Honorable Jeffery P. Hopkins |
| DEBTOR | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

The Trustee has made numerous attempts to contact the debtor(s). Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

<u>Check No.</u>          <u>Amount</u>
 917723               $207.69


<u>Debtor Address</u>
PETER N. SCHAFER
3318 MARCH TERRACE
CINCINNATI, OH  45239


                                                    Respectfully submitted,

                                           /s/    <u>Margaret A. Burks, Esq.</u>
                                                  Margaret A. Burks, Esq.
                                                  Chapter 13 Trustee
                                                  Attorney No. OH 0030377

                                                  Francis J. DiCesare, Esq.
                                                  Staff Attorney
                                                  Attorney No. OH 0038798

                                                  Karolina F. Perr, Esq.
                                                  Staff Attorney
                                                  Attorney No. OH 0066193

                                                  600 Vine Street, Suite 2200
                                                  Cincinnati, OH 45202
                                                  (513) 621-4488
                                                  (513) 621 2643 (Facsimile)
                                                  mburks@cinn13.org - Correspondence only
                                                  fdicesare@cinn13.org
                                                  kperr@cinn13.org
                                                  cincinnati@cinn13.org - Court Filings

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, April 20, 2011.

                                                /s/    Margaret A. Burks, Esq.
                                                         Margaret A. Burks, Esq.

Debtor(s)  
PETER N. SCHAFER  
3318 MARCH TERRACE  
CINCINNATI, OH  45239  

Debtor(s) Counsel  
LYNN A. LAPE, ESQ.  
5451 NORTH BEND ROAD, SUITE 105B  
CINCINNATI, OH  45247  

U.S. TRUSTEE  
36 EAST SEVENTH STREET, SUITE 2030  
CINCINNATI, OHIO 45202  
 (service waived)