UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 05-22504<br>CHAPTER 13 |
| PETER N. SCHAFER | : | JUDGE Honorable Jeffery P. Hopkins |
| DEBTOR | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the debtor(s). Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

<u>Check No.</u>                <u>Amount</u>
917794                   $415.38

<u>Debtor Address</u>
PETER N. SCHAFER
3318 MARCH TERRACE
CINCINNATI, OH  45239

                                                  Respectfully submitted,

                                 /s/   <u>Margaret A. Burks, Esq.</u>
                                             Margaret A. Burks, Esq.
                                             Chapter 13 Trustee
                                             Attorney No. OH 0030377

                                             Francis J. DiCesare, Esq.
                                             Staff Attorney
                                             Attorney No. OH 0038798

                                             Karolina F. Perr, Esq.
                                             Staff Attorney
                                             Attorney No. OH 0066193

                                             600 Vine Street, Suite 2200
                                             Cincinnati, OH 45202
                                             (513) 621-4488
                                             (513) 621 2643 (Facsimile)
                                             mburks@cinn13.org - Correspondence only
                                             fdicesare@cinn13.org
                                             kperr@cinn13.org
                                             cincinnati@cinn13.org - Court Filings

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, May 18, 2011.

                                         /s/    Margaret A. Burks, Esq.
                                                     Margaret A. Burks, Esq.

Debtor(s)
PETER N. SCHAFER
3318 MARCH TERRACE
CINCINNATI, OH  45239

Debtor(s) Counsel
LYNN A. LAPE, ESQ.
5451 NORTH BEND ROAD, SUITE 105B
CINCINNATI, OH  45247

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)